UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **10-14004-CR-MOORE/LYNCH**
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

ROLLIE GILLIAM,
and
GEORGE BATY,

Defendants.
_____/



FILED by _____ D.C.

JAN 14 2010

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about December 15, 2009 in St. Lucie County, in the Southern District of Florida, the defendants,

**ROLLIE GILLIAM,
and
GEORGE BATY,**

did knowingly and intentionally combine, conspire, confederate, and agree with persons known and unknown to the grand jury, to possess with intent to distribute a controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

## COUNT TWO

On or about December 15, 2009, in St. Lucie County, in the Southern District of Florida, the defendants,

**ROLLIE GILLIAM,**
**and**
**GEORGE BATY,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five (5) grams or more of a mixture or substance containing a detectable amount of cocaine base, commonly known as crack cocaine.

A TRUE BILL

_____
FOREPERSON

_____
JEFFREY H. SLOMAN
UNITED STATES ATTORNEY

_____
RINKU TRIBUIANI
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROLLIE GILLIAM, and
GEORGE BATY,
         Defendants.
_____/

CASE NO. __10-14004-CR-MOORE/LYNCH__

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami    ___ Key West
___ FTL    ___ WPB   _X_ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) __No__
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   
   | I   | 0 to 5 days     | _X_ |
   | II  | 6 to 10 days    | ___ |
   | III | 11 to 20 days   | ___ |
   | IV  | 21 to 60 days   | ___ |
   | V   | 61 days and over| ___ |

   (Check only one)
   
   | Petty   | ___ |
   | Minor   | ___ |
   | Misdem. | ___ |
   | Felony  | _X_ |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __Yes__
   If yes:
   Magistrate Case No. __2010-01-FJL__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes _X_ No

               /s/ Rinku Tribuiani
               RINKU TRIBUIANI
               ASSISTANT UNITED STATES ATTORNEY
               Florida Bar No./Court No. 0150990

*Penalty Sheet(s) attached                REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. 10-14004-CR-MOORE/LYNCH

**Defendant's Name:** ROLLIE GILLIAM

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 5 grams or more of cocaine base | 21:846 | **5 years to 40 years<br>$2 million fine<br>SR: 4 years up to life<br>$100 special assessment |
| 2 | Possession with intent to distribute 5 grams or more of cocaine base | 21:841(a)(1)<br>18:2 | **5 years to 40 years<br>$2 million fine<br>SR: 4 years up to life<br>$100 special assessment |

** Based on his prior record, the defendant is subject to being enhanced. If enhanced, he faces a minimum of 10 years up to life in prison, a $4 million fine; SR: 8 years up to life, and a $100 special assessment upon conviction.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

# PENALTY SHEET

### CASE NO.  10-14004-CR-MOORE/LYNCH

**Defendant's Name:**   GEORGE BATY

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy to possess with intent to distribute 5 grams or more of cocaine base | 21:846 | **5 years to 40 years<br>$2 million fine<br>SR: 4 years up to life<br>$100 special assessment |
| 2 | Possession with intent to distribute 5 grams or more of cocaine base | 21:841(a)(1)<br>18:2 | **5 years to 40 years<br>$2 million fine<br>SR: 4 years up to life<br>$100 special assessment |

** Based on his prior record, the defendant is subject to being enhanced. If enhanced, he faces a minimum of 10 years up to life in prison, a $4 million fine; SR: 8 years up to life, and a $100 special assessment upon conviction.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: __10-14004-CR-MOORE/LYNCH__

## BOND RECOMMENDATION

DEFENDANT: __ROLLIE GILLIAM__

__U.S. Marshal's Custody__
(Personal Surety)(Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
AUSA: Rinku Tribuiani

Last Known Address: _____

What Facility: __St. Lucie County Jail, Fort Pierce, Florida__

Agent(s): __S/A Randy Matschner/DEA__
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(<u>OTHER</u>)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: __10-14004-CR-MOORE/LYNCH__

## BOND RECOMMENDATION

DEFENDANT: **GEORGE BATY**

**U.S. Marshal's Custody**
(Personal Surety)(Corporate Surety) (Cash) (Pre-Trial Detention)

By: _[signature]_
**AUSA: Rinku Tribuiani**

Last Known Address: _____

What Facility: **St. Lucie County Jail, Fort Pierce, Florida**

Agent(s): **S/A Randy Matschner/DEA**
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(<u>OTHER</u>)