UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14004-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

vs.

ROLLIE GILLIAM, JR. and
GEORGE BATY,

    Defendants.
_____/

DEFENDANT'S, ROLLIE GILLIAM, JR., OBJECTION
TO PRESENTENCE INVESTIGATION REPORT

The Defendant, Rollie Gilliam, Jr., through his undersigned counsel, files this Objection to the Presentence Investigation Report (PSI) prepared herein.

ROLE ASSESSMENT

Paragraphs 15 and 23 of the PSI assess a two-level aggravating role increase as a manager supervisor of a criminal activity that involved less than five participants, pursuant to §3B1.1(c). Defendant objects to this role assesment.

SENTENCING VARIANCE

The Defendant will separately file a sentencing memorandum which will request a variance from the sentence recommended by the PSI.

CERTIFICATE OF SERVICE

I hereby certify that on this    7th    day of      May     , 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se

parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

Respectfully submitted,

By: s/ *Jeffrey H. Garland*
Jeffrey H. Garland
Fla. Bar No. 320765
102 N 2nd Street
Fort Pierce, FL 34950
Telephone (772) 489-2200
Facsimile (772) 489-0610
E-mail: jgarland@treasurecoastlawyer.com
Attorney for Defendant

SERVICE LIST

United States of America v. Rollie Gilliam, Jr., et al
Case No. 10-14004-CR-MOORE/LYNCH
United States District Court, Southern District of Florida

Edward J. Mosher, Esq.
200 S Indian River Drive
Fort Pierce, FL 34950
(772) 467-6790
Co-counsel for Rollie Gilliam, Jr.
mosher@mosherlawoffice.comcastbiz.net
Method of Service: Via CM/ECF

Jeffrey H. Garland, Esq.
102 N 2nd Street
Fort Pierce, FL 34950
(772) 489-2200
(772) 489-0610 (fax)
Co-counsel for Rollie Gilliam, Jr.
jgarland@treasurecoastlawyer.com
Method of Service: Via CM/ECF

Fletcher Peacock, Esq.
Federal Public Defender's Office
109 N 2nd Street
Fort Pierce, FL 34950
(772) 489-2123
(772) 489-3997 (fax)
fletcher_peacock@fd.org
Method of Service: Via CM/ECF

Rinku Tribuiana, AUSA
United States Attorney's Office
505 S 2nd Street, Suite 200
Fort Pierce, FL 34950
(772) 466-0899
(772) 595-3606 (fax)
rinku.talwar@usdoj.gov
Method of Service: Via CM/ECF