```
 1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                      FT. PIERCE DIVISION
 3                    Case 10-14004-CR-MOORE
 4
    UNITED STATES OF AMERICA,
 5
                Plaintiff,
 6                                      FT. PIERCE, FLORIDA
       vs.
 7                                      June 7, 2010
    ROLLIE GILLIAM, JR.,
 8                                      (Pages 1 - 13)
                Defendant.
 9  _____
10
11                   TRANSCRIPT OF SENTENCE
            BEFORE THE HONORABLE K. MICHAEL MOORE,
12               UNITED STATES DISTRICT JUDGE
13  APPEARANCES:
14  FOR THE GOVERNMENT:    RINKU TALWAR TRIBUIANI, AUSA
                           505 S. 2nd Street, Suite 200
15                         Ft. Pierce, Fl. 34950
16  FOR THE DEFENDANT:     JEFFREY GARLAND, ESQ.
                           102 N. 2nd Street
17                         Ft. Pierce, Fl. 34950
18                         EDWARD J. MOSHER, ESQ.
                           200 S. Indian River Dr.
19                         Ft. Pierce, Fl. 34950
20
    REPORTED BY:           PAULINE A. STIPES, RPR-CM
21                         Official United States Court Reporter
                           Federal Courthouse
22                         701 Clematis Street
                           West Palm Beach, FL  33401
23                                          561/803/3458
24
25
```

2

1          THE COURT:  United States versus Rollie Gilliam.

2  Counsel state your appearances.

3          MS. TRIBUIANI:  Rinku Tribuiani Assistant United

4  States Attorney for the Government.

5          MR. GARLAND:  Jeffrey Garland, Your Honor.

6          THE COURT:  Good afternoon.

7          MR. MOSHER:  Edward Mosher.

8          THE COURT:  Okay, the defendant is present.

9          Mr. Garland, I thought he had three attorneys at one

10  time, that at least filed notices of appearances.

11          Is one not joining us today?

12          MR. GARLAND:  That attorney has not joined us.

13          THE COURT:  I also received a motion to have two other

14  attorneys appear.  That was filed last week but they

15  conditioned their appearance on the continuance of the

16  sentencing, and I denied it primarily for two reasons.  First

17  of all, he was represented by competent counsel; and, two, that

18  the conditioning of the sentencing hearing -- or conditioning

19  their appearance on continuation of the sentencing didn't seem

20  to me to be appropriate given that it was filed at the last

21  minute.

22          So I thought we could proceed.

23          MR. GARLAND:  We understand, Judge.  We are prepared

24  to go forward.

25          THE COURT:  As I see it, there was one objection filed

1   and that was two level aggravating role enhancement, correct?

2            MR. GARLAND:  Your Honor, we withdraw that.

3            THE COURT:  Okay.

4            So, with that, his total offense level is 34, criminal

5   history six, and guideline imprisonment range of 262 to 370

6   months, is that correct?

7            MR. GARLAND:  It is, Your Honor, we requested a

8   variance.

9            THE COURT:  Okay.  Was that in writing?  I saw in your

10  objections you said you were going to file a memorandum.

11           MR. GARLAND:  I did, Your Honor.  I did that before

12  the pair of attorneys moved -- it was done before they filed

13  their request to come into the case.

14           THE COURT:  I am saying I don't have it.

15           Go ahead, you want to address that?

16           MR. GARLAND:  Yes, sir.  Your Honor, this is addressed

17  to the discretion of Court that based upon the crack powder

18  disparity, depending on how the Court chooses to look at it, if

19  we were under the straight guidelines without the habitual

20  offender, sentence under the guidelines would fall in the

21  vicinity of 10 years, which is the mandatory minimum.

22           The Government, as I understand it, would be

23  suggesting a different way to calculate a variance under career

24  offender which might be in the neighborhood of 15 years as the

25  lowest.  All of these calculations are less than the career

1   offender range.

2          The Court does not need to have a particular

3   mitigation reason to justify a variance.

4          It could exist on policy reasons.  It could exist on

5   consideration of any of the circumstances.

6          The total amount involved in this case is 8.7 grams

7   and we are asking the Court to consider that as a factor that

8   would argue in favor of the variance under the circumstances of

9   this case.

10         It might also be remembered that the defendant came to

11  court and tendered his plea as soon as he could.

12         There was no delay on his part in this case.

13         He accepted his responsibility and we would suggest

14  that all these are factors that would suggest that a variance

15  should be considered, and the Court has discretion and we ask

16  the discretion go toward the mandatory minimum sentence end of

17  that which would be 10 years.

18         THE COURT:  Well, let me see if I understand this,

19  though.

20         One basis that you are suggesting a variance is

21  because of this disparity between crack cocaine and powder

22  cocaine?

23         MR. GARLAND:  That is correct.

24         THE COURT:  And I know you make a reference in here to

25  the memorandum of the Deputy Attorney General.

1               Since the time of that statement, has Congress acted

2    in a -- in any manner on the change in the Guidelines with

3    respect to crack or powder?

4               MR. GARLAND:  It is my understanding they have not.

5    Both houses passed legislation but it needed to be reconciled,

6    and it has not happened.

7               At this point, there is no Congressional action.

8               THE COURT:  And I know some people were arguing for a

9    one-to-one ratio and educate me on this because I am not sure

10   where it sits, but do both houses agree on what the ratio

11   should be?

12              MR. GARLAND:  No, sir, they don't.

13              THE COURT:  Despite the position of the

14   administration, there is still a difference of opinion in

15   Congress?

16              MR. GARLAND:  There is a difference.

17              THE COURT:  What is the difference?

18              MR. GARLAND:  Proposed legislation treats the

19   mandatory minimum differently, currently five grams, 50 grams,

20   50 grams, 100 grams, 100 to one ratio, that is going to be

21   reduced.  Depending on the legislation, it could be reduced as

22   little as 18 to one for the mandatory minimum.  Once you get

23   past the mandatory minimums, whatever they might be, the

24   question is what should the Sentencing Guideline Commission do

25   when they are given that additional authority?

1        There are two issues here that need to be considered.

2   The first being there is a mandatory minimum.

3        Even if Congress were to change the law, there would

4   have to be some special event to make that retroactive.  It

5   probably doesn't exist.  It could, I suppose, but we can't

6   forecast that.

7        The second part is, this is a career offender.  On

8   career offender it is a hybrid deal.  Part of the career

9   offender is based on the statutory classification, and the

10  Government gave notice that raised the classification, and part

11  of the issue here is that the career offender is a guideline,

12  exists under the guidelines; and so defense submits because

13  career offender exists under the guidelines, it is subject to a

14  general policy enunciated by the Supreme Court that this Court

15  as the sentencing court can evaluate what an appropriate

16  sentence would be, but you are not bound by the guideline even

17  taking into account guidelines are discretionary.

18        THE COURT:  That is why I don't want to raise any

19  false hopes.  In the past when I addressed this issue, seems to

20  me I addressed it in the context of non-career offender where

21  there is a disparity between crack and powder and we attempt to

22  ameliorate that difference by anticipating what Congress would

23  do in adjusting that ratio and then sentencing accordingly with

24  the crack cocaine case.

25        But that's where there is no career offender

1  provision; so, I haven't done it in the past but seems with

2  respect to career offenders, although I have had a case, seems

3  to me, the career offender trumps whatever there may be the

4  change or amendment to the crack/powder disparity.  Is that a

5  fair statement?

6          MR. GARLAND:  I think that it is an issue that needs

7  to be addressed.

8          If the Court finds that, we would ask the Court to say

9  so.

10          If the -- The defense position here is that the

11  Supreme Court has said in whatever way this disparity presents

12  itself under the guidelines including career offender, that the

13  Court can take that into account and sentence appropriately.

14          THE COURT:  Is anybody doing that in any of the

15  legislation, either the house or Senate, of changing the career

16  offender provisions?

17          MR. GARLAND:  I have reviewed the legislation from

18  both houses and it doesn't address that.

19          It simply changed the mandatory minimums to reflect

20  whichever house or Senate version was being considered, and

21  then directed the Guidelines Commission to act immediately

22  consistent.

23          How that would later on play out in the career

24  offender context, I don't think is known at this particular

25  point.  We don't know.

1          THE COURT:  All right.  Does the Government have any

2    response to that?

3          MS. TRIBUIANI:  The Court is aware of the Department's

4    feeling on this issue.  I only ask you to look at the policy

5    for recidivists.  That is all.

6          THE COURT:  Well, Mr. Garland, I would, if you are

7    asking for a statement from me, I can tell you that if the

8    career offender provisions were not in there, that I would

9    definitely sentence differently based on the disparity between

10   the crack and the powder.

11         I am not getting into the wisdom of the policy

12   judgment, but I am saying if Congress were to come along and

13   say we are going to change it now from 100 to one to 50 to one

14   or one to one, that I would try to take that into

15   consideration; however, it also seems to me that I have not

16   heard any discussion about Congress wanting to change the

17   career offender provisions, because I think they really are two

18   separate issues.

19         We can debate whether crack cocaine is not as bad as

20   powder cocaine or is worse than powder cocaine.  I will leave

21   that debate to somebody else.  But if Congress makes that

22   determination, then, we abide by it.

23         But, whether somebody is a career offender or

24   recidivist has its own policy in terms of how we want to treat

25   them for sentencing purposes, whether it is powder cocaine,

1   crack cocaine, guns or any other kind of offense, Congress has

2   a view of career offenders different than its view of how

3   powder or crack should be treated even if it gets to that

4   point, and hasn't done so yet; so, if they -- I am not looking

5   for 2255, needlessly, to have somebody come back and say it was

6   retroactive, would you please revisit this, which I have done

7   when they made changes in the past.  We all have done that to

8   try to rectify that.

9          If I thought that the -- that there was a likelihood

10  that there would be a change in the career offender provisions,

11  I might try to get ahead of the curve, so to speak, and take

12  that into account, but I have seen no evidence of that or

13  intention of Congress or the Sentencing Commission to want to

14  deal with that.

15         I think, if I am wrong on that point and Congress does

16  make a change in the career offender provisions, I think

17  certainly the 2255 to try to rectify that would be the way to

18  go.

19         In Mr. Gilliam's case, he certainly has a

20  distinguished criminal history that warrants the career

21  offender provisions, so, unless there is some other bases to

22  the variance that have not be addressed, I would deny the

23  motion.

24         Okay.

25         I think we said that would put him at a level 34,

1   criminal history six, imprisonment range, 262 to 370 months, is

2   that correct?

3            MS. TRIBUIANI:  Yes.

4            MR. GARLAND:  Yes, sir.

5            THE COURT:  Mr. Gilliam, do you want to say on your

6   own behalf?

7            THE DEFENDANT:  No.

8            THE COURT:  Anything further on his behalf?

9            THE DEFENDANT:  No, sir.

10           THE COURT:  From counsel?

11           MR. GARLAND:  Your Honor, that is a large range,

12   taking into account the Court's previous comments.  I would ask

13   for a sentence at the lower end of that range for the reasons I

14   previously suggested.

15           THE COURT:  Okay.  Well, let's look at his career

16   history, and we do that in the context of not just the

17   guideline range but considering the statutory factors, Title

18   18, United States Code, Section 3553, including the nature and

19   circumstances of this particular offense, history and

20   characteristics of the defendant, need to promote respect for

21   the law and provide punishment that is an adequate deterrence

22   to other criminal conduct.

23           Mr. Gilliam is a 42 year old man whose criminal

24   history category started at the age of 20 with the sale or

25   delivery of a controlled substance, cocaine, in St. Lucie

1   County, adjudication withheld.  He was given 47 days time

2   served, three years probation.  His probation was revoked, he

3   got 18 months in prison and additional two years on probation.

4           That probation was revoked again, and he was given 30

5   months in prison.

6           He was also charged at age 21 with possession of a

7   controlled substance, cocaine, and given 18 months imprisonment

8   to run concurrent with the earlier sentence.

9           He was also charged with marijuana age 21, given a

10  fine.  Age 23, he was charged with possession of marijuana,

11  possession of cocaine with intent to distribute.

12          He was given five years probation on Count 1, given 10

13  years in prison on Count 2.  Probation on Count 1 was revoked

14  and given five years in prison.

15          Probation on Count 2 was revoked, given 15 years in

16  prison.

17          He was also charged age 24 with armed robbery,

18  attempted robbery with a firearm, given 10 years in prison for

19  that.

20          Probation was revoked, given 22 years in prison.  So,

21  that was in 1992 and by 1999, seven years later, he was charged

22  with contraband in a County Detention facility, possession of a

23  firearm by a convicted felon.  He was given a year and a day in

24  prison.

25          According to the arrest affidavit, the defendant

1    pushed her to the ground.  The victim was bleeding from a cut

2    on a lower lip, a small cut on her hand, blouse torn, had blood

3    on her pants.  The defendant was arrested for domestic battery,

4    five bullets found in his pocket.

5          He had other criminal conduct at age 23, possession of

6    cocaine, no information was filed.  Age 24, robbery with a

7    firearm, no information was filed.  Age 29, resisting arrest,

8    indecent exposure of sexual organ.

9          Age 31, resisting arrest.

10          Age 37, battery, false imprisonment.

11          That is the defendant's criminal history background.

12          There is nothing else.

13          The Court has considered the statements of all

14    parties, the pre-sentence report which contains the advisory

15    guidelines and the statutory factors.  Based on the need to

16    protect the public, a sentence will be imposed within the

17    advisory guideline range.  It is the finding of the Court that

18    the defendant is to pay a fine in the amount of $17,500.

19          It is the judgment of the Court that the defendant,

20    Rollie Gilliam, is committed to the Bureau of Prisons to be

21    imprisoned for 327 months, 327 months.

22          The defendant is placed on supervised release of eight

23    years.  Within 72 hours of release, the defendant shall report

24    in person to the probation office in the district where

25    realeased.  While on supervised release, the defendant shall

1   not commit any crimes, shall be prohibited from possessing a

2   firearm or other dangerous devices, shall not possess a

3   controlled substance, shall cooperate in the collection of DNA,

4   and shall comply with the standard conditions of supervised

5   release, including the following special conditions:  Substance

6   abuse treatment, and permissible search as noted in Part G of

7   the presentence report.

8           The defendant shall immediately pay to the United

9   States a special assessment of $100.

10          Total sentence, 327 months imprisonment, $17,500 fine,

11  eight years supervised release and $100 special assessment.

12          Now that the sentence is pronounced, does the

13  defendant or his counsel object to the Court's findings of fact

14  or to the manner in which sentence was pronounced?

15          MR. GARLAND:  Just to the variance.

16          We would ask that he be imprisoned as close to St.

17  Lucie County as possible.

18          THE COURT:  That is Coleman.

19          Mr. Gilliam, you know you have a right to appeal?

20          THE DEFENDANT:  Yes, sir.

21          THE COURT:  You wish to appeal?

22          THE DEFENDANT:  Yes, sir.

23          MS. TRIBUIANI:  Pursuant to the plea agreement, we

24  would ask to dismiss Count 2.

25          THE COURT:  Granted.

```
 1              (Thereupon, the hearing was concluded.)

 2

 3

 4

 5                      C E R T I F I C A T E

 6         I hereby certify that the foregoing is an accurate

 7  transcription of proceedings in the above-entitled matter.

 8
    June 28, 2010              \s\ Pauline A. Stipes
 9  _____         _____
         DATE                  PAULINE A. STIPES
10                             Official United States Court Reporter
                               701 Clematis Street
11                             West Palm Beach, Fl 33401
    561.803.3458
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**A**

abide 8:22
above-entitled 14:7
abuse 13:6
accepted 4:13
account 6:17 7:13 9:12 10:12
accurate 14:6
act 7:21
acted 5:1
action 5:7
additional 5:25 11:3
address 3:15 7:18
addressed 3:16 6:19,20 7:7 9:22
adequate 10:21
adjudication 11:1
adjusting 6:23
administration 5:14
advisory 12:14,17
affidavit 11:25
afternoon 2:6
age 10:24 11:6,9,10,17 12:5,6,7,9
  12:10
aggravating 3:1
agree 5:10
agreement 13:23
ahead 3:15 9:11
ameliorate 6:22
amendment 7:4
AMERICA 1:4
amount 4:6 12:18
anticipating 6:22
anybody 7:14
appeal 13:19,21
appear 2:14
appearance 2:15,19
appearances 1:13 2:2,10
appropriate 2:20 6:15
appropriately 7:13
argue 4:8
arguing 5:8
armed 11:17
arrest 11:25 12:7,9
arrested 12:3
asking 4:7 8:7
assessment 13:9,11
Assistant 2:3
attempt 6:21
attempted 11:18
attorney 2:4,12 4:25
attorneys 2:9,14 3:12
AUSA 1:14
authority 5:25
aware 8:3

**B**

back 9:5
background 12:11
bad 8:19
based 3:17 6:9 8:9 12:15
bases 9:21
basis 4:20
battery 12:3,10
Beach 1:22 14:11
behalf 10:6,8
bleeding 12:1
blood 12:2
blouse 12:2
bound 6:16
bullets 12:4
Bureau 12:20

**C**

C 14:5,5
calculate 3:23
calculations 3:25
can't 6:5
career 3:23,25 6:7,8,8,11,13,25 7:2
  7:3,12,15,23 8:8,17,23 9:2,10,16
  9:20 10:15
case 1:3 3:13 4:6,9,12 6:24 7:2
  9:19
category 10:24
certainly 9:17,19
certify 14:6
change 5:2 6:3 7:4 8:13,16 9:10,16
changed 7:19
changes 9:7
changing 7:15

characteristics 10:20
charged 11:6,9,10,17,21
chooses 3:18
circumstances 4:5,8 10:19
classification 6:9,10
Clematis 1:22 14:10
close 13:16
cocaine 4:21,22 6:24 8:19,20,20,25
  9:1 10:25 11:7,11 12:6
Code 10:18
Coleman 13:18
collection 13:3
come 3:13 8:12 9:5
comments 10:12
Commission 5:24 7:21 9:13
commit 13:1
committed 12:20
competent 2:17
comply 13:4
concluded 14:1
concurrent 11:8
conditioned 2:15
conditioning 2:18,18
conditions 13:4,5
conduct 10:22 12:5
Congress 5:1,15 6:3,22 8:12,16,21
  9:1,13,15
Congressional 5:7
consider 4:7
consideration 4:5 8:15
considered 4:15 6:1 7:20 12:13
considering 10:17
consistent 7:22
contains 12:14
context 6:20 7:24 10:16
continuance 2:15
continuation 2:19
contraband 11:22
controlled 10:25 11:7 13:3
convicted 11:23
cooperate 13:3
correct 3:1,6 4:23 10:2
counsel 2:2,17 10:10 13:13
Count 11:12,13,13,15 13:24
County 11:1,22 13:17
court 1:1,21 2:1,6,8,13,25 3:3,9,14
  3:17,18 4:2,7,11,15,18,24 5:8,13
  5:17 6:14,14,15,18 7:8,8,11,13
  7:14 8:1,3,6 10:5,8,10,15 12:13
  12:17,19 13:18,21,25 14:10
Courthouse 1:21
Court's 10:12 13:13
crack 3:17 4:21 5:3 6:21,24 8:10,19
  9:1,3
crack/powder 7:4
crimes 13:1
criminal 3:4 9:20 10:1,22,23 12:5
  12:11
currently 5:19
curve 9:11
cut 12:1,2

**D**

dangerous 13:2
DATE 14:9
day 11:23
days 11:1
deal 6:8 9:14
debate 8:19,21
defendant 1:8,16 2:8 4:10 10:7,9
  10:20 11:25 12:3,18,19,22,23,25
  13:8,13,20,22
defendant's 12:11
defense 6:12 7:10
definitely 8:9
delay 4:12
delivery 10:25
denied 2:16
deny 9:22
Department's 8:3
depending 3:18 5:21
Deputy 4:25
Despite 9:15
Detention 11:22
determination 8:22
deterrence 10:21
devices 13:2
didn't 2:19
difference 5:14,16,17 6:22

different 3:23 9:2
differently 5:19 8:9
directed 7:21
discretion 3:17 4:15,16
discretionary 6:17
discussion 8:16
dismiss 13:24
disparity 3:18 4:21 6:21 7:4,11 8:9
distinguished 9:20
distribute 11:11
district 1:1,1,12 12:24
DIVISION 1:2
DNA 13:3
doesn't 6:5 7:18
doing 7:14
domestic 12:3
don't 3:14 5:12 6:18 7:24,25
Dr 1:18

**E**

E 14:5,5
earlier 11:8
educate 5:9
Edward 1:18 2:7
eight 12:22 13:11
either 7:15
enhancement 3:1
enunciated 6:14
ESQ 1:16,18
evaluate 6:15
event 6:4
evidence 9:12
exist 4:4,4 6:5
exists 6:12,13
exposure 12:8

**F**

F 14:5
facility 11:22
fact 13:13
factor 4:7
factors 4:14 10:17 12:15
fair 7:5
fall 3:20
false 6:19 12:10
favor 4:8
Federal 1:21
feeling 8:4
felon 11:23
file 3:10
filed 2:10,14,20,25 3:12 12:6,7
findings 13:13
findings 13:13
finds 7:8
fine 11:10 12:18 13:10
firearm 11:18,23 12:7 13:2
first 2:16 6:2
five 5:19 11:11,12,14 12:4
FI 1:15,17,19,22 14:11
FLORIDA 1:1,6
following 13:5
forecast 6:6
foregoing 14:6
forward 2:24
found 12:4
Ft 1:2,6,15,17,19
further 10:8

**G**

G 13:6
Garland 1:16 2:5,5,9,12,23 3:2,7,11
  3:16 4:23 5:4,12,16,18 7:6,17 8:6
  10:4,11 13:15
general 4:25 6:14
getting 8:11
Gilliam 1:7 2:1 10:5,23 12:20 13:19
Gilliam's 9:19
given 2:20 5:25 11:1,4,7,9,12,12,14
  11:15,18,20,23
go 2:24 3:15 4:16 9:18
going 4:20 5:20 8:13
Good 2:6
Government 1:14 2:4 3:22 6:10 8:1
grams 4:6 5:19,19,20,20
Granted 2:21
ground 12:1
guideline 3:5 5:24 6:11,16 10:17
  12:17

guidelines 3:19,20 5:2 6:12,13,17
  7:12,21 12:15
guns 9:1

**H**

habitual 3:19
hand 12:2
happened 5:6
hasn't 9:4
haven't 7:1
heard 8:16
hearing 2:18 14:1
history 3:5 9:20 10:1,16,19,24
  12:11
Honor 2:5 3:2,7,11,16 10:11
HONORABLE 1:11
hopes 6:19
hours 12:23
house 7:15,20
houses 5:5,10 7:18
hybrid 6:8

**I**

immediately 7:21 13:8
imposed 12:16
imprisoned 12:21 13:16
imprisonment 3:5 10:1 11:7 12:10
  13:10
including 7:12 10:18 13:5
indecent 12:6
Indian 1:18
information 12:6,7
intent 11:11
intention 9:13
involved 4:6
issue 6:11,19 7:6 8:4
issues 6:1 8:18

**J**

J 1:18
Jeffrey 1:16 2:5
joined 2:12
joining 2:11
JR 1:7
Judge 1:12 2:23
judgment 8:12 12:19
June 1:7 14:8
justify 4:3

**K**

K 1:11
kind 9:1
know 4:24 5:8 7:25 13:19
known 7:24

**L**

large 10:11
law 6:3 10:21
leave 8:20
legislation 5:5,18,21 7:15,17
let's 10:15
level 3:1,4 9:25
likelihood 9:9
lip 12:2
little 5:22
look 3:18 8:4 10:15
looking 9:4
lower 10:13 12:2
lowest 3:25
Lucie 10:25 13:17

**M**

man 10:23
mandatory 3:21 4:16 5:19,22,23
  6:2 7:19
manner 5:2 13:14
marijuana 11:9,10
matter 14:7
memorandum 3:10 4:25
MICHAEL 1:11
minimum 3:21 4:16 5:19,22 6:2
minimums 5:23 7:19
minute 2:21
mitigation 4:3
months 3:6 10:1 11:3,5,7 12:21,21
  13:10
MOORE 1:11

**Mosher** 1:18 2:7,7
**motion** 2:13 9:23
**moved** 3:12

**N**

**N** 1:16
**nature** 10:18
**need** 4:2 6:1 10:20 12:15
**needed** 5:5
**needlessly** 9:5
**needs** 7:6
**neighborhood** 3:24
**non-career** 6:20
**noted** 13:6
**notice** 6:10
**notices** 2:10

**O**

**object** 13:13
**objection** 2:25
**objections** 3:10
**offender** 3:20,24 4:1 6:7,8,9,11,13
  6:20,25 7:3,12,16,24 8:8,17,23
  9:10,16,21
**offenders** 7:2 9:2
**offense** 3:4 9:1 10:19
**office** 12:24
**Official** 1:21 14:10
**Okay** 2:8 3:3,9 9:24 10:15
**old** 10:23
**Once** 5:22
**one-to-one** 5:9
**opinion** 5:14
**organ** 12:8

**P**

**Pages** 1:8
**pair** 3:12
**Palm** 1:22 14:11
**pants** 12:3
**part** 4:12 6:7,8,10 13:6
**particular** 4:2 7:24 10:19
**parties** 12:14
**passed** 5:5
**Pauline** 1:20 14:8,9
**pay** 12:18 13:8
**people** 5:8
**permissible** 13:6
**person** 12:24
**Pierce** 1:2,6,15,17,19
**placed** 12:22
**Plaintiff** 1:5
**play** 7:23
**plea** 4:11 13:23
**please** 9:6
**pocket** 12:4
**point** 5:7 7:25 9:4,15
**policy** 4:4 6:14 8:4,11,24
**position** 5:13 7:10
**possess** 13:2
**possessing** 13:1
**possession** 11:6,10,11,22 12:5
**possible** 13:17
**powder** 3:17 4:21 5:3 6:21 8:10,20
  8:20,25 9:3
**prepared** 2:23
**present** 2:8
**presentence** 13:7
**presents** 7:11
**previous** 10:12
**previously** 10:14
**pre-sentence** 12:14
**primarily** 2:16
**prison** 11:3,5,13,14,16,18,20,24
**Prisons** 12:20
**probably** 6:5
**probation** 11:2,2,3,4,12,13,15,20
  12:24
**proceed** 2:22
**proceedings** 14:7
**prohibited** 13:1
**promote** 10:20
**pronounced** 13:12,14
**Proposed** 5:18
**protect** 12:16
**provide** 10:21
**provision** 7:1
**provisions** 7:16 8:8,17 9:10,16,21

**public** 12:16
**punishment** 10:21
**purposes** 8:25
**Pursuant** 13:23
**pushed** 12:1
**put** 9:25

**Q**

**question** 5:24

**R**

**R** 14:5
**raise** 6:18
**raised** 6:10
**range** 3:5 4:1 10:1,11,13,17 12:17
**ratio** 5:9,10,20 6:23
**realeased** 12:25
**really** 8:17
**reason** 4:3
**reasons** 2:16 4:4 10:13
**received** 2:13
**recidivist** 8:24
**recidivists** 8:5
**reconciled** 5:5
**rectify** 9:8,17
**reduced** 5:21,21
**reference** 4:24
**reflect** 7:19
**release** 12:22,23,25 13:5,11
**remembered** 4:10
**report** 12:14,23 13:7
**REPORTED** 1:20
**Reporter** 1:21 14:10
**represented** 2:17
**request** 3:13
**requested** 3:7
**resisting** 12:7,9
**respect** 5:3 7:2 10:20
**response** 8:2
**responsibility** 4:13
**retroactive** 6:4 9:6
**reviewed** 7:17
**revisit** 9:6
**revoked** 11:2,4,13,15,20
**right** 8:1 13:19
**Rinku** 1:14 2:3
**River** 1:18
**robbery** 11:17,18 12:6
**role** 3:1
**Rollie** 1:7 2:1 12:20
**RPR-CM** 1:20
**run** 11:8

**S**

**s** 1:14,18 14:8
**sale** 10:24
**saw** 3:9
**saying** 3:14 8:12
**search** 13:6
**second** 6:7
**Section** 10:18
**see** 2:25 4:18
**seen** 9:12
**Senate** 7:15,20
**sentence** 1:11 3:20 4:16 6:16 7:13
  8:9 10:13 11:8 12:16 13:10,12,14
**sentencing** 2:16,18,19 5:24 6:15
  6:23 8:25 9:13
**separate** 8:18
**served** 11:2
**seven** 11:21
**sexual** 12:8
**simply** 7:19
**sir** 3:16 5:12 10:4,9 13:20,22
**sits** 5:10
**six** 3:5 10:1
**small** 12:2
**somebody** 8:21,23 9:5
**soon** 4:11
**SOUTHERN** 1:1
**speak** 9:11
**special** 6:4 13:5,9,11
**St** 10:25 13:16
**standard** 13:4
**started** 10:24
**state** 2:2
**statement** 5:1 7:5 8:7
**statements** 12:13

**States** 1:1,4,12,21 2:1,4 10:18 13:9
  14:10
**statutory** 6:9 10:17 12:15
**Stipes** 1:20 14:8,9
**straight** 3:19
**Street** 1:14,16,22 14:10
**subject** 6:13
**submits** 6:12
**substance** 10:25 11:7 13:3,5
**suggest** 4:13,14
**suggested** 10:14
**suggesting** 3:23 4:20
**Suite** 1:14
**supervised** 12:22,25 13:4,11
**suppose** 6:5
**Supreme** 6:14 7:11
**sure** 5:9

**T**

**T** 14:5,5
**take** 7:13 8:14 9:11
**TALWAR** 1:14
**tell** 8:7
**tendered** 4:11
**terms** 8:24
**that's** 6:25
**think** 7:6,24 8:17 9:15,16,25
**thought** 2:9,22 9:9
**three** 2:9 11:2
**time** 2:10 5:1 11:1
**Title** 10:17
**today** 2:11
**torn** 12:2
**total** 3:4 4:6 13:10
**TRANSCRIPT** 1:11
**transcription** 14:7
**treat** 8:24
**treated** 9:3
**treatment** 13:6
**treats** 5:18
**Tribuiani** 1:14 2:3,3 8:3 10:3 13:23
**trumps** 7:3
**try** 8:14 9:8,11,17
**two** 2:13,16,17 3:1 6:1 8:17 11:3

**U**

**understand** 2:23 3:22 4:18
**understanding** 5:16
**United** 1:1,4,12,21 2:1,3 10:18 13:8
  14:10

**V**

**variance** 3:8,23 4:3,8,14,20 9:22
  13:15
**version** 7:20
**versus** 2:1
**vicinity** 3:21
**victim** 12:1
**view** 9:2,2
**vs** 1:6

**W**

**want** 3:15 6:18 8:24 9:13 10:5
**wanting** 8:16
**warrants** 9:20
**way** 3:23 7:11 9:17
**week** 2:14
**West** 1:22 14:11
**whichever** 7:20
**wisdom** 8:11
**wish** 13:21
**withdraw** 3:2
**withheld** 11:1
**worse** 8:20
**writing** 3:9
**wrong** 9:15

**Y**

**year** 10:23 11:23
**years** 3:21,24 4:17 11:2,3,12,13,14
  11:15,18,20,21 12:23 13:11

**$**

**$100** 13:9,11
**$17,500** 12:18 13:10

**1**

**1** 1:8 11:12,13
**10** 3:21 4:17 11:12,18
**10-14004-CR-MOORE** 1:3
**100** 5:20,20 8:13
**102** 1:16
**13** 1:8
**15** 3:24 11:15
**18** 5:22 10:18 11:3,7
**1992** 11:21
**1999** 11:21

**2**

**2** 11:13,15 13:24
**2nd** 1:14,16
**20** 10:24
**200** 1:14,18
**2010** 1:7 14:8
**21** 11:6,9
**22** 11:20
**2255** 9:5,17
**23** 11:10 12:5
**24** 11:17 12:6
**262** 3:5 10:1
**28** 14:8
**29** 12:7

**3**

**30** 11:4
**31** 12:9
**327** 12:21,21 13:10
**33401** 1:22 14:11
**34** 3:4 9:25
**34950** 1:15,17,19
**3553** 10:18
**37** 12:10
**370** 3:5 10:1

**4**

**42** 10:23
**47** 11:1

**5**

**50** 5:19,20 8:13
**505** 1:14
**561.803.3458** 14:11
**561/803/3458** 1:23

**7**

**7** 1:7
**701** 1:22 14:10
**72** 12:23

**8**

**8.7** 4:6