```
 1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 2                 CASE NO. 10-CR-14004-MOORE

 3

   UNITED STATES OF AMERICA,
 4
                   Plaintiff,          Thursday, February 18, 2010
 5         vs.                                 2:06 p.m.
                                        Fort Pierce, Florida
 6 ROLLIE GILLIAM,

 7              Defendant.                  Pages 1 through 5

 8

 9
                   TRANSCRIPT OF CALENDAR CALL
10         BEFORE THE HONORABLE K. MICHAEL MOORE
                 UNITED STATES DISTRICT JUDGE
11

12
   APPEARANCES:
13 For the Plaintiff:      Carmen Lineberger, AUSA
                           Office of U.S. Attorney
14                         505 S 2nd Street, Ste 200
                           Fort Pierce, Florida  34950
15

16 For the Defendant:      Edward J. Mosher, Esq.
                           Law Office of Edward Mosher
17                         200 S. Indian River Drive
                           Fort Pierce, Florida
18

19

20

21

22
   Reported By:            Judith M. Shelton, CRR
23                         Official United States Court Reporter
                           400 N. Miami Avenue, Room 8N09
24                         Miami, FL  33128
                           (305)523-5294
25                         judy_shelton@msn
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

```
1              COURTROOM DEPUTY:  United States versus Rollie

2    Gilliam.

3              MR. MOSHER:  Good afternoon, Your Honor.  Attorney Ed

4    Mosher on behalf of Mr. Gilliam.

5              MS. LINEBERGER:  Carmen Lineberger on behalf of Ms.

6    Tribuiani.

7              THE COURT:  Why do I have Mr. Stone here as counsel

8    for Mr. Gilliam?

9              MR. MOSHER:  Judge, I did enter an appearance as pro

10   hac vice.  But subsequent to that I have been admitted to the

11   federal bar, so I am going to be counsel of record and his

12   sole counsel.

13             THE COURT:  Okay.  And are we ready for trial?

14             MR. MOSHER:  Yes, sir.

15             THE COURT:  Okay.  And you expect it to be a trial,

16   and not a plea?

17             MR. MOSHER:  Judge, we are still working in that

18   direction.  Hopefully -- Ms. Tribuiani and I have discussed a

19   deadline of Tuesday, next Tuesday.  If Mr. Gilliam intends to

20   enter a plea, we will certainly notify the Court prior to that

21   date.

22             THE COURT:  Okay.

23             Robin, what's the trial date we got on that?

24             COURTROOM DEPUTY:  Do you want to tag him along

25   behind the other two, and do the 15th?  Even later?
```

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

1          THE COURT:  Well, what would it be then, if it's the

2    earlier date?  Okay.  Okay.

3          March 1st, then?  Okay.  March 1st.

4          MR. MOSHER:  Yes, sir.

5          COURTROOM DEPUTY:  Number three on March 1st.

6          MR. MOSHER:  Yes, sir.  Thank you, Your Honor.

7          THE COURT:  Thank you.

8                              *  *  *

9          I certify that the foregoing is a correct transcript

10   from the record of proceedings in the above matter.

11

12   Date:  Thursday, July 15, 2010

13

14              s/ JUDITH M. SHELTON, CERTIFIED REALTIME REPORTER
                Signature of Court Reporter

15

16

17

18

19

20

21

22

23

24

25

STENOGRAPHICALLY REPORTED, COMPUTER-AIDED TRANSCRIPT

**1**

10-CR-14004-MOORE [1]  1/2
15 [1]  3/12
15th [1]  2/25
18 [1]  1/4
1st [3]  3/3 3/3 3/5

**2**

200 [2]  1/14 1/17
2010 [2]  1/4 3/12
2:06 [1]  1/5
2nd [1]  1/14

**3**

305 [1]  1/24
33128 [1]  1/24
34950 [1]  1/14

**4**

400 [1]  1/23

**5**

505 [1]  1/14
523-5294 [1]  1/24
5294 [1]  1/24

**8**

8N09 [1]  1/23

**A**

above [1]  3/10
admitted [1]  2/10
afternoon [1]  2/3
along [1]  2/24
am [1]  2/11
AMERICA [1]  1/3
appearance [1]  2/9
APPEARANCES [1]  1/12
are [2]  2/13 2/17
Attorney [2]  1/13 2/3
AUSA [1]  1/13
Avenue [1]  1/23

**B**

bar [1]  2/11
be [3]  2/11 2/15 3/1
been [1]  2/10
BEFORE [1]  1/10
behalf [2]  2/4 2/5
behind [1]  2/25

**C**

CALENDAR [1]  1/9
CALL [1]  1/9
Carmen [2]  1/13 2/5
CASE [1]  1/2
certainly [1]  2/20
CERTIFIED [1]  3/14
certify [1]  3/9
correct [1]  3/9
counsel [3]  2/7 2/11 2/12
COURT [4]
CR [1]  1/2
CRR [1]  1/22

**D**

date [4]
deadline [1]  2/19
Defendant [2]  1/7 1/16
did [1]  2/9
direction [1]  2/18
discussed [1]  2/18
DISTRICT [3]  1/1 1/1 1/10
do [3]  2/7 2/24 2/25

Drive [1]  1/17

**E**

earlier [1]  3/2
Ed [1]  2/3
Edward [2]  1/16 1/16
enter [2]  2/9 2/20
Esq [1]  1/16
Even [1]  2/25
expect [1]  2/15

**F**

February [1]  1/4
federal [1]  2/11
FL [1]  1/24
FLORIDA [4]
foregoing [1]  3/9
Fort [3]  1/5 1/14 1/17

**G**

GILLIAM [5]
going [1]  2/11
Good [1]  2/3
got [1]  2/23

**H**

hac [1]  2/10
have [3]  2/7 2/10 2/18
here [1]  2/7
him [1]  2/24
his [1]  2/11
Honor [2]  2/3 3/6
HONORABLE [1]  1/10
Hopefully [1]  2/18

**I**

Indian [1]  1/17
intends [1]  2/19
is [1]  3/9
it [2]  2/15 3/1
it's [1]  3/1

**J**

JUDGE [3]  1/10 2/9 2/17
Judith [2]  1/22 3/14
judy [1]  1/25
July [1]  3/12

**L**

later [1]  2/25
Law [1]  1/16
Lineberger [3]  1/13 2/5 2/5

**M**

March [3]  3/3 3/3 3/5
matter [1]  3/10
Miami [2]  1/23 1/24
MICHAEL [1]  1/10
MOORE [2]  1/2 1/10
Mosher [5]
MR [5]
Mr. [1]  2/7
Mr. Stone [1]  2/7
MS [2]  2/5 2/5
Ms. [1]  2/18
Ms. Tribuiani [1]  2/18
msn [1]  1/25

**N**

next [1]  2/19
NO [1]  1/2
not [1]  2/16
notify [1]  2/20
Number [1]  3/5

**O**

Office [2]  1/13 1/16
Official [1]  1/23
Okay [6]
other [1]  2/25

**P**

p.m [1]  1/5
Pages [1]  1/7
Pierce [3]  1/5 1/14 1/17
Plaintiff [2]  1/4 1/13
plea [2]  2/16 2/20
prior [1]  2/20
pro [1]  2/9
proceedings [1]  3/10

**R**

ready [1]  2/13
REALTIME [1]  3/14
record [2]  2/11 3/10
Reported [1]  1/22
Reporter [3]  1/23 3/14 3/14
River [1]  1/17
Robin [1]  2/23
ROLLIE [2]  1/6 2/1
Room [1]  1/23

**S**

shelton [3]  1/22 1/25 3/14
Signature [1]  3/14
sir [3]  2/14 3/4 3/6
sole [1]  2/12
SOUTHERN [1]  1/1
STATES [5]
Ste [1]  1/14
still [1]  2/17
Stone [1]  2/7
Street [1]  1/14
subsequent [1]  2/10

**T**

tag [1]  2/24
Thank [2]  3/6 3/7
that [5]
then [2]  3/1 3/3
three [1]  3/5
through [1]  1/7
Thursday [2]  1/4 3/12
transcript [2]  1/9 3/9
trial [3]  2/13 2/15 2/23
Tribuiani [2]  2/6 2/18
Tuesday [2]  2/19 2/19
two [1]  2/25

**U**

U.S [1]  1/13
UNITED [5]

**V**

versus [1]  2/1
vice [1]  2/10

**W**

want [1]  2/24
we [4]
Well [1]  3/1
what [1]  3/1
what's [1]  2/23
Why [1]  2/7
will [1]  2/20
working [1]  2/17
would [1]  3/1

# Y

**you [4]**
**Your [2]** 2/3 3/6