10-12828



FILED by _BV_ D.C.

JUN 0 1 2011

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

Steven M. Larimore
United States District Court
400 N MIAMI AVE
MIAMI, FL 33128-1807

USDC# 10-CR-14004-KMM

USCA# 10-12828 DD

USA v. Rollie Gilliam, Jr.

(1) Vol of Pldgs.
(7) Vols of transcripts
(1) PSI